

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: WATKINS INC. | § Case No. 09-70124 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $15,366.95 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $13,215.67 | Claims Discharged Without Payment: $58,917.74 |
| Total Expenses of Administration: $3,857.13 | |

3) Total gross receipts of $ 17,072.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,072.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,857.13 | 3,857.13 | 3,857.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 70,976.50 | 27,156.91 | 27,156.91 | 13,215.67 |
| **TOTAL DISBURSEMENTS** | $70,976.50 | $31,014.04 | $31,014.04 | $17,072.80 |

4) This case was originally filed under Chapter 7 on January 16, 2009. . The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2009        By: /s/STEPHEN G. BALSLEY
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account - Blackhawk Bank | 1129-000 | 17,070.61 |
| Interest Income | 1270-000 | 2.19 |
| **TOTAL GROSS RECEIPTS** | | **$17,072.80** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 2,457.13 | 2,457.13 | 2,457.13 |
| Stephen G. Balsley | 3110-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,857.13 | $3,857.13 | $3,857.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Northwest Bank of Rockford | 7100-000 | 26,000.00 | 27,156.91 | 27,156.91 | 13,215.67 |
| Rockford Bookkeeping | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Mobil | 7100-000 | 2,142.58 | N/A | 0.00 | 0.00 |
| Small Business Administration | 7100-000 | 33,812.06 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Capital One | 7100-000 | 2,721.47 | N/A | 0.00 | 0.00 |
| Alpine Bank | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| McVeigh's Truck Center, Inc. | 7100-000 | 5,300.39 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $70,976.50 | $27,156.91 | $27,156.91 | $13,215.67 |

**UST Form 101-7-TDR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-70124
Case Name: WATKINS INC.

Period Ending: 08/24/09

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 01/16/09 (f)
§341(a) Meeting Date: 02/12/09
Claims Bar Date: 05/07/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account - Blackhawk Bank | 15,366.95 | 17,070.61 | DA | 17,070.61 | 0.00 |
| 2 | Accounts receivable | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.19 | FA |
| 3 | Assets Totals (Excluding unknown values) | $15,366.95 | $17,070.61 | | $17,072.80 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR): September 30, 2009      Current Projected Date Of Final Report (TFR): May 19, 2009 (Actual)

Printed: 08/24/2009 11:20 AM    V.11.50

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-70124 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | WATKINS INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | 36-4475703 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/24/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/31/09 | {1} | Watkins, Inc. | Funds from bank account | 1129-000 | 15,359.47 | | 15,359.47 |
| 03/31/09 | {1} | Watkins, Inc. | Funds from bank account | 1129-000 | 1,711.14 | | 17,070.61 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,071.28 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,071.95 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,072.69 |
| 07/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.11 | | 17,072.80 |
| 07/06/09 | | To Account #********6366 | Transfer funds from MMA to checking account | 9999-000 | | 17,072.80 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 17,072.80 | 17,072.80 | $0.00 |
| Less: Bank Transfers | 0.00 | 17,072.80 | |
| Subtotal | 17,072.80 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $17,072.80 | $0.00 | |

{} Asset reference(s)                                                      Printed: 08/24/2009 11:20 AM    V.11.50

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-70124 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | WATKINS INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-66 - Checking Account |
| Taxpayer ID #: | 36-4475703 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/24/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/09 | | From Account #********6365 | Transfer funds from MMA to checking account | 9999-000 | 17,072.80 | | 17,072.80 |
| 07/06/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $1,400.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,400.00 | 15,672.80 |
| 07/06/09 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,457.13, Trustee Compensation; Reference: | 2100-000 | | 2,457.13 | 13,215.67 |
| 07/06/09 | 103 | Northwest Bank of Rockford | Dividend paid 48.66% on $27,156.91; Claim# 1; Filed: $27,156.91; Reference: | 7100-000 | | 13,215.67 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 17,072.80 | 17,072.80 | $0.00 |
| Less: Bank Transfers | 17,072.80 | 0.00 | |
| Subtotal | 0.00 | 17,072.80 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $17,072.80 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****63-65 | 17,072.80 | 0.00 | 0.00 |
| Checking # ***-*****63-66 | 0.00 | 17,072.80 | 0.00 |
| | $17,072.80 | $17,072.80 | $0.00 |

{} Asset reference(s)    Printed: 08/24/2009 11:20 AM    V.11.50

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

July 01, 2009 through July 31, 2009
Primary Account: **000312207926365**

**CUSTOMER SERVICE INFORMATION**

Service Center:                    1-800-634-5273



00018062 DBI 802 24 21509 - NNNNN  1 000000000 60 0000
09-70124 WATKINS INC
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| Bankruptcy Business Checking 000312207926366 | 0.00 | 0.00 |
| Total | $0.00 | $0.00 |
| **Savings** | | |
| Bankruptcy Business Money Market 000312207926365 | $17,072.69 | $0.00 |
| Total | $17,072.69 | $0.00 |
| **TOTAL ASSETS** | **$17,072.69** | **$0.00** |

**All Summary Balances** shown are as of July 31, 2009 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



Page 1 of 5

**JPMorganChase**

July 01, 2009 through July 31, 2009
Primary Account: **000312207926365**



## BANKRUPTCY BUSINESS MONEY MARKET

09-70124 WATKINS INC
DEBTOR

Account Number: 000312207926365

### SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $17,072.69 |
| Deposits and Additions | 1 | 0.11 |
| Electronic Withdrawals | 1 | - 17,072.80 |
| Ending Balance | 2 | $0.00 |
| Interest Paid This Period | | $0.11 |
| Interest Paid Year-to-Date | | $2.19 |

This account earns interest daily and the current interest rate is 0.05%.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07 | Mma Cirf Closeout | $0.11 |
| **Total Deposits and Additions** | | **$0.11** |

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07 | Miscellaneous Debit | $17,072.80 |
| **Total Electronic Withdrawals** | | **$17,072.80** |



**JPMorganChase**

July 01, 2009 through July 31, 2009
Primary Account: **000312207926365**



## BANKRUPTCY BUSINESS CHECKING

09-70124 WATKINS INC
DEBTOR

Account Number: 000312207926366

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 1 | 17,072.80 |
| Checks Paid | 3 | - 17,072.80 |
| Ending Balance | 4 | $0.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07 | Miscellaneous Credit | $17,072.80 |
| **Total Deposits and Additions** | | **$17,072.80** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 07/08 | $1,400.00 |
| 102 | 07/08 | 2,457.13 |
| 103 | 07/29 | 13,215.67 |
| **Total Checks Paid** | | **$17,072.80** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/07 | $17,072.80 |
| 07/08 | 13,215.67 |
| 07/29 | 0.00 |